UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: NEXIUM (ESOMEPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No.: 12-ml-2404 DSF (SSx)<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF ESI AGREEMENT GOVERNING PRODUCTION OF DOCUMENTS BETWEEN PLAINTIFFS AND ASTRAZENECA** |

Upon the Unopposed Stipulation for Entry of ESI Agreement Governing Production of Documents Between Plaintiffs and AstraZeneca ("Stipulation") and for good cause shown, it is hereby ordered that the electronically stored information ("ESI") Agreement, stipulated and agreed to by Plaintiffs and AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") and attached to the parties' Stipulation, is entered and shall govern any and all productions in the above-captioned matter by Plaintiffs and AstraZeneca in all currently pending and subsequently transferred cases.

Dated: 4/19/13

_____/S/_____
Suzanne H. Segal
United States Magistrate Judge

1
[PROPOSED] ORDER GRANTING STIPULATION FOR ENTRY OF ESI AGREEMENT GOVERNING PRODUCTION OF DOCUMENTS BETWEEN PLAINTIFFS AND ASTRAZENECA      Case No. 12-ml-2404-DSF-(SSx)

Distribution:

All Counsel of Record

2

[PROPOSED] ORDER GRANTING STIPULATION FOR ENTRY OF ESI AGREEMENT GOVERNING PRODUCTION OF DOCUMENTS BETWEEN PLAINTIFFS AND ASTRAZENECA    Case No. 12-ml-2404-DSF-(SSx)