UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | ML 12-2404 DSF (SSx) | Date | 10/1/14 |
|---|---|---|---|
| Title | In re Nexium (Esomeprazole) Products Liability Litigation | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (In Chambers) Order GRANTING Motion for Summary Judgment (Dkt. No. 256)

　　In a separate order, the Court has granted Defendants' motion to exclude Plaintiffs' offered expert testimony on general causation.  There is no dispute that Plaintiffs cannot establish their prima facie cases without that evidence.  Therefore, Defendants' motion for summary judgment is GRANTED.  Defendants are to lodge a proposed judgment no later than October 9, 2014.

　　IT IS SO ORDERED.