JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: NEXIUM (ESOMEPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No.: 12-ml-2404 DSF (SSx)<br><br>**JUDGMENT** |

The Court having entered its Order GRANTING Motion to Exclude Testimony of B. Sonny Bal (see Master Dkt. 255, 337) and Order GRANTING Motion for Summary Judgment (see Master Dkt. 256, 339), now enters final judgment as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and McKesson Corporation, and against all Plaintiffs, on all claims asserted by Plaintiffs, whether in their individual complaints or by way of the First Amended Master Complaint.  Plaintiffs, and each of them, shall recover nothing.

1    IT IS FURTHER ORDERED that Defendants shall recover their costs of
2    suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Rule
3    54(d)(1) of the Federal Rules of Civil Procedure.

Dated: __10/8/14_____

*Dale S. Fischer*

_____
Dale S. Fischer
United States District Judge