1
2
3
4                                          JS 6
5
6
7
8
9                      UNITED STATES DISTRICT COURT
10                    CENTRAL DISTRICT OF CALIFORNIA
11
12   | In Re: NEXIUM | Case No.: 12-ml-2404 DSF (SSx) |
     | (ESOMEPRAZOLE) PRODUCTS | |
13   | LIABILITY LITIGATION | **JUDGMENT** |
14   | This document relates to: | |
15   | ALL CASES | |
16
17
18        The Court having entered its Order GRANTING Motion to Exclude
19   Testimony of B. Sonny Bal (see Master Dkt. 255, 337) and Order GRANTING
20   Motion for Summary Judgment (see Master Dkt. 256, 339), now enters final
21   judgment as follows:
22
23        IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered
24   in favor of Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and
25   McKesson Corporation, and against all Plaintiffs, on all claims asserted by
26   Plaintiffs, whether in their individual complaints or by way of the First Amended
27   Master Complaint.  Plaintiffs, and each of them, shall recover nothing.
28

1       IT IS FURTHER ORDERED that Defendants  shall recover their costs of

2   suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Rule

3   54(d)(1) of the Federal Rules of Civil Procedure.

4       10/8/14

5   Dated: _____

6

7   _____

8   Dale S. Fischer
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28